Horace Johnson, Plaintiff in Error, vs. W. A. Collins, Defendant in Error.

Writ of error to Circuit Court, Duval county; Rhydon M. Call, Judge.

J. J. Holland, for Plaintiff in Error.

M. C. Jordan, for Defendant in Error.

This action was brought by the plaintiff in error and Sarah Johnson, his wife, against the defendant in error. There was judgment for the defendant, and the plaintiff Horace Johnson takes writ of error.

Writ of error dismissed on motion of counsel for defendant in error.

---

John T. McMichael, Plaintiff in Error, vs. Samuel H. Eckman and Abram Vetsburg, partners doing business under the firm name of Eckman & Vetsburg, Defendants in Error. Assumpsit.

Writ of error to Circuit Court, Pasco county; Barron Phillips, Judge.

Henderson & Raney and E. P. Allen, for Plaintiff in Error.

No appearance for Defendants in Error.

This action was brought by the defendants in error

against the plaintiff in error.   There was judgment for the plaintiffs, and the defendant takes writ of error.

Writ of error dismissed for failure to prosecute.

————

John T. McMichael, Plaintiff in Error, vs. Samuel H. Eckman and Abram Vetsburg, partners doing business under the firm name of Eckman & Vetsburg, Defendants in Error.   Attachment.

Writ of error to Circuit Court, Pasco county; Barron Phillips, Judge.

Henderson & Raney and E. P. Allen, for plaintiff in Error.

No appearance for Defendants in Error.

This action was brought by the defendants in error against the plaintiff in error.   There was judgment for the plaintiffs, and the defendant takes writ of error.
Writ of error dismissed for failure to prosecute.

————

John T. McMichael, Plaintiff in Error, vs. Jacob R. Einstein and Adolph Lehman, partners doing business under the firm name of Einstein & Lehman, Defendants in Error.